U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 9 2014
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE __________ DISTRICT OF TEXAS
__________ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Julius C. Evans #453368
Plaintiff's name and ID Number

BC Unit 9601 Spur 591
Place of Confinement Amarillo Texas 79107-9606

CASE NO: 2-14CV-116-J
(Clerk will assign the number)

v. TDCJ Dir. Mr B Livingston P.O. Box 99 Huntsville Tx 77342
Warden Barry L. Martin, Lt. James Judd, Officer Toby C. Hall
Warden James R. Beach, Sgt. Dustin Anderson, Officer Julianne N. Swander
Defendant's name and address Officer Michael B. Lowe, Officer Jared L. Harper
Officer Flemming, Officer David A. Heathington, Officer Kelly J. Sooter,
Officer R. Devore, Officer C. Burke, Officer [illegible]
Defendant's name and address Sgt Chad Perry 9601 Spur 591
Warden Gregory David
Officer Brashure Amarillo Texas 79107-9606
Defendant's name and address
(DO NOT USE "ET AL.") Officer Seth Klein, Officer Davida K Moore,
Officer C. Green, M.L. Pitmanhaxay
Officer M.L. Pitmanhaxay Works Same Place. Just
Card 1st shift, Same address on different Card
1 Card 1st Shift

INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

I also have a Problem with Having to Pay $350.00 for this suit. Because all of this was done to me & I will Prove it to the Courts.

TDCJ-ID EXECUTIVE DIRECTOR
MR. BRAD LIVINGSTON
P.O. Box 99
Huntsville TEXAS 77342

Was written about all Done nothing

Warden Barry L Martin
HEAD WARDEN

Warden J Beach
ASSISTANT

Warden David E *****
ASSISTANT

Was wrote about it all

BC Unit Wardens
9601 Spur 591
AMARILLO, Texas
79107-9606

Officer M.L. Pthomitthay says he puts stuff in my food. He masturbates. He curses me. Calls me names. Tells other inmates I'm a snitch.

Numerous other inmates Property Were came up destroyed/stolen/given away on 2 card 1st shift, under Lt Judd's shift & I Can Add their names to my Lawsuit in the future.

LT James Judd * * *
SG Dustin Anderson * * *
SG CHAD PERRY * * * Et
2 Card First SHift

BC Unit
9601 Spur 591
Amarillo Texas 79107-9606

Officer M.L. Pthomma Haxay 1 Card 1st Shift

*Officer Suzanne N. Swanger ****
**Officer Michael B Lowe ****
**Officer Jared L Harper *. ****
*Officer Flemming ****
* Officer Seth Klein ****
**Officer C Burke ****
**Officer David A. Heathington **** &
**Officer Kelly J Sooter ****
**Officer Toby C. Hall ****
Officer Richard Devore ****
* Officer Rosales **
*C/O Moore. * ****
*C/O Green * ****
officer Broshure ***

2 Card First SHift
BC Unit
9601 Spur 591
AMARILLO Texas 79107-9606

I also have Paperwork Showing What I had with Me When I Came to This Place 4-14-11 The New Tennis Shoes & Radio Were bought Here 12-1-11

M.L. Ithomma Haxay
Officer M.L. Pthomma
1 Card 1st SHiFT
Has Repeatedly Made threats to me & always says that He does something to my food.

Lots of times when TDC officers do dirty stuff & are caught, they are given the chance to resign rather than be fired. If they resign they can come back & work for TDC again after 6 months or a year. and it is so hard for us to get something done & our families have to file citizens complaints just to get things looked into. They dont do anything when we file on it. and they always claim that the officers done nothing wrong. & I have numerous step I's with the same answer over again.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? ______ YES __X__ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: ______—______

2. Parties to previous lawsuit:
   Plaintiff(s): ______—______
   
   Defendant(s): ______—______

3. Court (If federal, name the district; if state, name the county) ______—______

4. Docket Number: ______—______

5. Name of judge to whom case was assigned: ______—______

6. Disposition: (Was the case dismissed, appealed, still pending?)

   ______—______

7. Approximate date of disposition: ______—______

**II. PLACE OF PRESENT CONFINEMENT:** ______________________________

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system. MOST WERE DESTROYED WITH SOME OF MY MISSING PROPERTY THAT WAS LEFT IN MY CELL + WILL NOT LET ME RE FILE.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: JULIUS EVANS #453368
9601 SPUR 591, AMARILLO, TEXAS 79107-9606

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

WARDEN BARRY L. MARTIN - WARDEN JAMES R BEECH, BELLOW DAVID LET ME BE RETALIATED AGANIST BY ALL NAMED OFFICERS. I COULD HAVE DIED. THE WAY THEY

Defendant #1: REFUSED ME MY FOOD. 12-27-28-29-13. MOST OF MY PROPERTY WAS DESTROYED OR GIVEN TO 2 CAND SSI'S. I EVEN FILED LID'S

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

(LIFE ENDANGERMENTS) TO THE WARDENS - MAJOR ABOUT THIS.

Defendant #2: TOBY C. HALL - SUZANNE N. SWASBER - JACKED ME FOR MY FOOD - 12-11-12-13-2013, WROTE ME THREATING CASES - WHEN THEY

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

ARE THE ONES THAT MADE THREATS TO ME.

Defendant #3: LT JAMES JUDD, SGT DUSTIN ANDERSON, SGT CHAD PERRY CONTINUED TO ASSIGN OFFICER T. HALL AFTER HE HAD JACKED ME FOR

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

MY LUNCH + SUPPER 12-11-13 & WROTE A BOGUS CASE, SO HE COULD RETALIATE 12-12-13-13

C. BURKE Defendant #4: OFFICER GREEN - OFFICER MOORE, OFFICER D. HEATHINGTON (OFFICER SETH KIRBY) JACKED ME FOR MY LUNCH + SUPPER. 12-27-28-29-13 WHILE IN CRISIS OFFICER ROSARIO

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

ON B POD, SAYING THAT I REFUSED EVERY MEAL, BUT NEVER GOT A NURSE

Defendant #5: OFFICER M.B. LOWE, JARED HARPER, C BURKE, OFFICER ROSARIO ALL PARTICIPATED IN WHAT WAS GOING ON. B POD CRISIS 12-27-28-29-13 (M B LOWE) LEFT EARLY 12-28-13 + DID NOT COME TO WORK 12-29-13. BUT

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

HE WAS INVOLVED 12-29-13 (JARED L. HARPER) COIV

OFFICER K SOSTER - R DEVORE - BRASHEAR INVENTORIED & DESTROYED / GAVE AWAY A LOTS OF MY PROPERTY & BUSTED MY RADIO & TYPEWRITER ON C POD 12-26-13 (SGT CHAD PERRY) ARRIVED AT MY CELL 12-26-13 WITH A 5 MAN EXTRACT TEAM. I WENT THROUGH THE PROCEDURES, AND WAS TOLD TO PUT MY ARMS OUT + WHEN I DID THE TEAMS POINT MAN (OFFICER D. HEATHINGTON) STARTED TO PULL MY ARM AGAINST THE SLOT MAKING MY ARM BEND SOMEWHAT, I ASKED HIM WHAT HE WAS DOING? I WAS MOVED TO E-49 & LEFT NAKED WAS NOT FED ALL DAY OR NOTHING. NOR WAS THERE ANY INVENTORY SHEET GAVE TO ME. CHAD PERRY TOLD ME THAT MY PROPERTY WOULD BE DESTROYED & THEY WERE ALL MY ENEMIES ON 2ND AND FIRST SHIFT

Officer Mr. Padman A Abbott and Others had Repeatedly Harassed & Retaliated against me for my litigation & letters complaints twice has been filed against him by my family.

**V. STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. All of the named Defendants were involved in the In Human treatment of me 12-26-13, then 12-27-28-29-13 with their Harassment, Retaliation, Threats, Destruction of some of my Property, Because I + T Hall & their Refusal of four meals in 3 days 12-11-12-13-13 others including M. Lowe, Jarod L Harley, Officer Brown, Moore, & others would always come to B Pod Crisis when it was time to feed & they would make sure I was not fed. Wardens Barry L Martin - Warden J Booth were both written about this & I filed Life Endangerments to them about T Hall & others after the 12-11-12-13-13 incident of Abad Involving (T Hall & S. Swanben). But I was never talked to on anything (Officer Henderson Jason Property officer, It has been said, gives Radios to a certain SSI on 2 card first shift & he sells them. Some of my Property was given away / some destroyed, some to inmates on & food

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes. Monetary damages for mental anguish, In Human treatment for my litigation against the 2 card first shift with their threats, retaliation towards me, Reimbursement for my lost Property / destroyed along with criminal charges. The amount of $5 Million Dollars, Injunction & transfer for me away from this CMC Program to another Psych unit.

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

J.C., Lowdown, Mark,

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#276790 - #303333 #453368

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): ____
2. Case Number: ____
3. Approximate date sanctions were imposed: ____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): ——
2. Case number: ——
3. Approximate date warning were imposed: ——

Executed on: 5/7/'14
(Date)

Julius Evans
(Printed Name)

Julius Evans
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this 7th day of MAY, 20 14.
(Day) (Month) (Year)

Julius Evans
(Printed Name)

Julius Evans
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

Mr Randall L. Sims
5A Discount Court Bldg
501 S Filmore ST
Amarillo TX 79101

Mr Jason D. Hendrix Presently Head Warden
BC Unit 12 Bldg Present Officer 9601 Spur 591
Amarillo TX 79107-9606

Barry L Martin
BC Unit
9601 Spur 591
Amarillo TX
79107-9606

Mr Brad Livingston
Exec Director
P.O. Box 99
Huntsville TX
77342

I Julius Evans #453368 Presently Assigned to 12 Bldg At the BC Unit, Here in Amarillo TX File theft Charges Against, Officer K.J. Soster COV. Officer R. Devore Officer Jason D. Henderson Co IV COW

Officer Toby C Hall, LT James Judd, SG Chad Perry, whom told Me 12-26-13 when He & a 5 man Extract TEAM moved me to 12 E-49 After a Confrontation with TC Hall, THAT HE hope that I did not have a lots of Property, BECAUSE it would be destroyed / Thrown Away or Given Away. Officer T.C. Hall Was Allowed to Refuse My Food 4 times between 12-11-12-13-13. He & Female Officer S. Swandler COIV both wrote me Falsified Cases / Threating officer Cases, 12-11 & 12-13-13. I Had Filed Life Endangerment Against them & LT Judd, Chad Perry SG Dustin Anderson to Warden Martin, Warden J Beech whom is over 12 Bldg, Major J Hardgree, Unit Classification Committee, Mr Brad Livingston, None Came & talked to me at all. Note: Before I Go any further I Will Show that I did Purchase a $13.08 Radio in 2007 on the A Hughes Unit. I Purchased on 5-24-10 at the Hughes Unit. A Casio Watch $19.50. a Pair Riddell Tennis Shoes $35.00 and a Whirlwind Fan $22.00. I Came to Pampa With 2 Pair Riddell. Because on Hughes in AD SEG. You Could have 2 Pair. because You Could not have Rhino Boots. I wore one Pair & the old ones were in my other Property. I brought My Swintec Typewriter $225.00 that I Purchased 9-9-10 and My Radio, I wore my watch also when I arrived here 4-11? My Fan & other Items were Shipped to Me From the Hughes Unit. I Got My Red Level on F Pod & Kelly J Soster was the Property officer & She brought me My Red Level Property with My Radio. Later on E Pod. I was brought My Typewriter by (Kelly J. Soster) After I was Moved to E Pod, 12-9-12 I Purchased a $20.00 Radio, & a New Pair -New Balance Tennis 12-9-12 $49.00 along With My Commissary I Spent a total of $124.43 That Day. I have all of My Paperwork to Prove this & show When I made all of My Special Purchase Items from Commissary not other inmates. When I was Moved From 12-C-26 All of My Property Was left Packed up in My Commissary Bags. I Was never brought a Underwear Sheet or anything while in 12-E-49 where I was left NAKED by

# CRM PEN & PRAYER PAL PRISON MINISTRY

**CRM Pen & Prayer Pal Prison Ministry**
*** P. O. Box 131642 ***
**Houston, Texas 77219-1642**

**December 5, 2010**

***Dear Pen & Prayer Pal:***

If you got stuck on he woke me up this morning and started me on my way and just didn't know what else to be thankful for. Allow me to give you a clue.

1) He forgives all your sins.
2) He heals all your diseases.
3) He redeems your life from destruction.
4) He crowns you with loving kindness and tender mercies.
5) He satisfies your mouth with good things so that your youth is renewed like eagles.
6) He executes righteousness and judgment for you against oppression, He sets you free.
7) He makes known His ways to you.
8) He gives you His grace and mercy in times of need.

What an awesome God, so let's say it together, ***'Thank You God'*** Amen.

Well the Thanksgiving feast was a huge success. The physical and spiritual man ate until he was full. We are now preparing and getting things in place for the Annual Christmas Eve Big Feast at the George R. Brown Convention Center.

If you know of someone who would like to connect with the Pen & Prayer Pal Prison Ministry, send us their name, address and spin number.

May the peace of God over take you and your family in Jesus name. Amen

Delisia Castilow Min Kenneth Wade

**Sis. Delecia Castilow**
**Director/Houston**

**Min. Kenneth Wade**
**Director/Houston**



## God Is In The Midst of Me and I Am at Peace

Ongoing peace is the result of seeing through negative conditions to the presence and power of God in the midst of me. Ongoing peace is the result of working toward staying peaceful through any type of disturbance. Ongoing peace s the result of confidence in divine law, and continual working with divine law.

Ongoing peace is the result of love for God, for myself, for family and friends, for life itself. The kingdom of God is peace, and this kingdom is within me.

Ongoing peace is mine as I seek a peaceful state of consciousness. When I let go struggle, calm my emotions, and let God work through me, I am at peace.

I take time throughout this day to quiet my thoughts, become calm and relaxed, and center my attention on God. I know that God is in the midst of me, and I am at peace.






## A Christmas Carmen

Sound over all waters, reach out from all lands, The chorus of voices, the clasping of hands;
Sing hymns that were sung, by the stars of the morn, Sing songs of the angels when Jesus was born!
With glad jubilations bring hope to the nations! The dark night is ending and dawn has begun;
Rise, hope of the ages, arise like the sun, All speech flow to music, all hearts beat as one!

Sergeant Paul Chaid & told all the officers not to feed me or anything. a Matress was placed in front of my cell by officer Flemmings. So that I could not get anything also officer S. Klein would not feed me or give me a mattress & SG C. Perry also told me that when I have a Problem with one of 2 Card First Shift officers, I have a Problem with them ALL, The night of 12-26-13, I went to Crisis from 12 E-49, and after the Dr was told that I did not want to see Him, So that I would have to stay in Crisis on B Pod 12-27-28-29-13. I was not FED by by M.B. Lowe, whom is the Regular Crisis officer was there 12-27-13, But left Early 12-28-13 & did not come to work 12-29-13. I was not FED Lunch/supper 12-27-28-29-13. The only time I was fed was when MHC, Nurses would give me a Sandwich with my Medication. Because they knew that I was not being FED & if I would have kept on taking my Medication without being FED. my Kidneys would have became infected & I could have died. Each & Every chow. one or two of the below named 2 Card First shift officers would come to help feed Crisis chow & would skip me, making sure I was not FED & LT J Judd knew this was going on, Officer KC or DW Moore, officer Jared Harper COIV officer C Burke COV, Officer David A Heathington COV officer [illegible] officer Seth Klein CoIII, officer C.A. Green, officer R Devore. It was done Repeatedly & they would sit around and Laught about it. 1-6-14. I was brought some Property by the 12 Bldg Property officer J.D. Henderson COIV with a Inventory sheet signed by (K J. Sooter & R. Devore) For 12-26-13, I did not sign it tho. It was signed for me 1-6-14. All I got was some letters, no magazines, 1 Book, my New Balance Tennis shoes, 1 of my 2 T shirts. 1 of my 2 Commissary bags. But when I was Moved 12-26-13 I left 2 Commissary bags Packed full of Property. I got 1-Cup 2-Bowls 1 of my 4 Photo Albums. 2 of my Photo Albums Had been found in the trash on E Pod while I was on B Pod in Crisis 12-30-13 / Still Missing is 1-Swintec Typewriter $225.00 1 Radio $20.00, 1 Pr HeadPhones $5.50 1 Tshirt, 1 Casio Watch $19.50 Approx 125 Photos - Some brought through The Mail at Prices from 75¢ to $1.00. 2 Photo Album, 1 Pair Shower Slides, numerous Flex & Muscle Fitness Mags, Approx 15-Jet Magazines, 14-Ebony Magazines, 5 Sister 2 Sister Mags, 9 ESPN Mags, 6 Tx Monthly Mags, 3 Ink Pens, 2 Coco Butter Lotion, 2 Cocoa Butter Lotion 95¢ A Piece. 1 Baby Shampoo $1.15 Several Reading Novels, 1 Hard Back dictionary, 1 Black Leather Covered Bible.

**SOMEONE TO**

**TRAIN ME IN THAT AREA, I ALSO WANT TO DO BILLING AND CODING.**

**I KNOW THE BASICS, BUT I HAVE TO LEARN MORE OF WHAT CHARGES**

**ARE FOR WHAT DOCTORS PRESCRIBES. BUT I JUST HOPE FOR THE**

**BEST. I WILL START JUST ABOUT ANYWHERE. WELL, I HAVE TO END**

**THIS NOW BUT I NEED TO FIND A NICE SCENCE FOR YOUR**



**PLEASURE.**



**THESE ARE TWO OF THE SHIPS THAT I HAVE TAKEN A CRUISE ON.**

My Printer didn't print it like i have it on Computer. But I just notice that everything moved over even your name and date. Next time I will Reset the margins.

All of these items were in my Property. But they seem to have disappeared, I have several subscriptions to magazines. But none were in my Property. Where are they at?? I was sent word from C Pod telling me that my typewriter & Radio were busted up on C Pod 12-26-13. The Floor officers were TC Hall & officer Brashure, First name unknown. (But K.J. Sooter, R. Devore went) to C Pod 12-26-13 and went in 12-C-26 and got my already Packed Property & took it out and brought it back approx 2 hrs later & took it back to 12-C-26. Saying they were going to let T.C. Hall do it. (The same officer that was allowed to Refuse me my food 4 times in 3 days 12-11-12-13-13 & made threats to kill me & wrote me bogus Threating Officer Cases Ho & Female officer S. Swasber 12-11 & 12-13-13 and stopped me from going Home. (LT Judd) knows all about it. After the first day 12-11-13 when I was jacked for my Lunch & supper & wrote a bogus case. By TC Hall, LT J Judd Let (Sergeant Dustin Anderson) talk him into assigning him back to C Pod 12-12-13-13 so he T C Hall could continue to harass & Retaliate & Jack me for my food 2 more times. All of this is behind (Toby C Hall.) He is known to Jack People for their food & mess inmates Property off. (K.J. Sooter, R. Devore, J. Henderson, SG Chad Perry) / LT J Judd Because He had to give the OK for it to go on \ want to take the blame & be involved for (Toby C Hall.) I don't have any Problem at all asking that they be charged with theft for the loss / Destroy / giving away of my Property. Someone done it. I keep being told that I have a Radio in Confiscation under my name; That has someone else name & # on it. But have never received Confiscation Papers on it. (Because it is not mines, nor was it in my Possessions anywhere all of my Radio's are bought from Commissary & is on Record & have my name & serial # on them, I don't buy Radios out of the streets. They can't Produce my Radio - typewriter so they are trying to go the altered / confiscation Route, nor can they Produce my Watch, fan, any of my missing appliances. I guess they are going to say that they

TO VIRGINIA TO SEE MY SISTER THAT IS IN THE NURSING HOME. I HAVEN'T HEARD FROM HER IN A WHIE. I KNOW THAT MY BROTHER GO TO SEE HER WHEN HE CAN. BUT I JUST MISS EVERYBODY, ITS HARD WHEN ALL YOUR FAMILY LIVES IN DIFFERENT PLACES. I HAVE NO FAMILY IN FLORIDA, JUST MY SON AND HIS FAMILY, ITS JUST HARD WITH ALL THE DISTANCE BETWEEN US. WELL I WILL END THIS LETTER NOW WILL WRITE AGAIN WHEN I GET A CHANCE.

SINCERELY,

[redacted]




I MISS ALL OUR FAMILY REUNIONS, WHEN MY AUNT B, MY AUNT MARY AND MOM DIED WE HAVEN'T HAD A REUNION IN THE PAST YEAR.

I think the picture printed out just great.

Confiscated of my [illegible] Special Purchase [illegible] That I have all of my Commissary Receipts for. Other inmates are loned inmates Radios, Fans, Tennis. Ect. I see it. Some inmates lie & say that they they had things that they did not, But they are still Reimbursed. People are loveing stuff out of the Property Room in 12 Bldg & They dont even have Property Papers on it. I have Proof of my Purchases. But Im being Retaliated Against for my Confrontation with officer T.C. Hall 12-26-13 I Even filed Life Endangerments Against it. J. Judd, Sgt Chad Perry, Sgt Dustin Anderson, officers T.C. Hall, S Swanger, to Warden Martin, J Beach, Whom is over 12 Bldg, Mr Brad Livingston, Mister J Hardney, Unit Classification Committee, noone talked to me at all. 2 Card First Shift Throws Away / Gives away inmates Property, Jacks inmates for our food, Jumps on inmates Ect. Rank on this Card Covers it up & lets it go on. officer C Burke lied & Said That He found me in Possession of a weapon in 12 C-26. 12-29-13 a Typewriter Rod, I was in 12 B-6-12-29-13 not 12 C-26, I was moved from 12-C-26 to 12-E-49 - 12-26-13 After my Confiscation with officer Toby C. Hall & my Property was left Packed up. & my Property should have been in the Property Room 12-29-13. So how could he find me in Possession of a weapon 12-29-13 in Cross - 12-B-6 Cell? Just one of their many tatics to try & Confiscate my Typewriter along with my Radio, Because K. J. Soster. Then Busted them up. & Cant Produce them. So now they are Trying the altered / & Confiscated things with the Radio, Saying that the Radio has Someone else name & # on it. which is all lies. Why would I have a Rod out of A $225.00 & not use it? I ask that the DA's office let me file theft Charges. If not, I will go to the State Prosecuting attorney in Austin Tx.

Respectfully Submitted

Julius Evans # 453368

12 E-10

Ive now found out that officer Jared L. Harker (K Soster) are the ones That busted my Typewriter & Radio. Saying that they were altered, their way of Covering up for the Destruction of The Items

DOMINIQUE HAD HIS GRADUATION TODAY, WISH I COULD HAVE BEEN THERE. I HAD TO WORK AND BEING THAT I JUST STARTED I HAD TO GO. BUT NEXT YEAR HE WILL BE IN MIDDLE (junior) SCHOOL, GETTING THERE. AS FOR KENZIE SHE LOOKS MORE LIKE HER BROTHER EVERYDAY. SHE IS CRAZY ABOUT HER BROTHER. KHRIS SWEARS SHE DON'T LIKE HER, BUT I THINK ITS JUST THAT D TAKES MORE TIME WITH HER. SHE ALSO LIKE TO HAVE ME HOLD HER.

HOW IS THE FAMILY DOING? EVEN THOUGH I SAY A PRAYER EVERYDAY I STILL HAVE TO KEEP MY FAITH CAUSE ITS NOT ALL PEACHES AND CREAM. SO I DO KEEP YOU AND YOUR FAMILY IN MY PRAYERS AND HOPE THAT THE BLESSINGS ARE SPREADING YOUR WAY. I DON'T WANT TO MAKE THIS LETTER TO LONG. SO I WILL END IT NOW.

I DO WANT TO SEND YOU A CARE PACKAGE ONE DAY, BUT I NEED TO KNOW WHAT TO DO TO SEND IT. WHAT I CAN AND CAN NOT SEND AND DO I JUST SEND IT TO YOUR SAME ADDRESS.



I'M REALLY HOPING THAT I CAN START TO RISE ABOVE ALL MY MISFORTUNES. JESUS IS LOVE!

SINCERELY; 2-6-14
[redacted]

I was brought a confiscation sheet today signed by K Souter, CO 5, Jared L Harper signed 12-26-13 saying my Headphones had someone else # on it. 6 magazines, 18 Books, Typewriter missing ~~Metal~~ Parts. Radio altered. 1 Pair blades.

Mean my Radio was brought here 12-1-13 a New $20.00 Radio on my Inventory sheet. K Souter & R Deware signed it. But on the confiscation sheet is signed by K Souter. Jared L Harper. Dew it if the Items were altered. Where is all of my other stuff?

RE 10

THE STATE OF TEXAS

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2014073754

UGI Recd Date: FEB 12 2014

HQ Recd Date: FEB 13 2014

Date Due: 3-19-14

Grievance Code: 800

Investigator ID#: 964 (D)

Extension Date:

Offender Name: Evans Julius TDCJ #: 653368

Unit: BC Housing Assign: 12-E-10

Unit where incident occurred: BC

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.* 2 Card 1st Shift lies Real Good-RANK Also

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...* Appeal of Grievance # 2014073754. Everything in the Step 1 did happen & I have Papers in the all Several Office. Exec Office. If a investigation was done. I was not talked to. Several 2 Card 1st shift Officers were Involved + Did Retaliate against me for my Confrontation with Officer Toby L. Hall 12-26-13. I was brought some of my Property 1-6-14. I did not sign the sheet, I was only brought some letters, no mags, 1 Book my New Balance Tennis. 1 of 2 T-shirts, 1 of 2 Commissary Bags - 1 Cup 2 Bowls. 1 of 4 Photo albums (I left 2 Commissary bags full of Property in 12-C-26 When I was moved to 12-E-49. 2 of my Photo albums were found in the trash while I was in Crisis 12-B-6. (I'm still missing) 1-Swintec $235.00 Typewriter) Purchased (9-9-10) 1 Casio Watch $19.50) Purchased (5-24-10) 1-Radio + Headphones Purchased (12-1-11) 1 Whirlwind Fan $22.00 Purchased (5-24-10) 2 Photo Albums, Approx 125 Photos Most bought through the mail at Prices from .75 to $1.00\, Pair Shower Slides numerous Flex-Muscle Mags, 15 Jet mags, 14 Ebony Mags. 5 Sister 2 Sister to Texas Monthlys 9 ESPN, 3 ink Pens, 2 Cocoa Butter lotion -.95- Apiece - 1 Baby Shampoo 1.15, Several Reading novels, 1 Large Hard Back Dictionary, 1 Bible Black Leather Covering (Where is all of this at? I Came to this unit with it + have all of my Receipts showing When + where I Purchased those Items. K Seston, R Desbury Jared Harper, + 1 Hall, Officer Brashun were Involved in Destroying

I-128 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

Another inmate here on E Pod was done Just like I was a week ago His Typewriter + Property was destroyed given away to other inmates ect. 2 Card 1st Shift does this OFTEN + the Rank gives the OK for it to be done

**Appendix G**

[illegible] My Radio & Typewriter [illegible] up on C Pod. By K Jr 12-26-13 Foster & them. Then try to say they were altered. Saying my Radio had someone else name - # & Typewriter had missing parts because they can't produce the Items. As much as they shake down on C Pod (MI) if I had anything Altered. IT would have been taken a long time ago. My Radio was bought here at BC unit 12-1-11. I know nothing will be done at the unit level. I'm just doing the paperwork to file my Lawsuit for Penny LT Judd Sgt Anderson. all tell lies.

**Offender Signature:** Julius Evans **Date:** 2-12-14

**Grievance Response:** I've sent all of my Comm Receipts showing when I bought the Items. Dates & all. And they just came up missing when I & officer T.C. Hall had a confrontation 12-26-13. These People are lying. all of this was done to me.

This issue has been reviewed by The Office of the Inspector General and that office has determined that there is insufficient evidence to warrant opening a case. No further action will be taken, They must have only Talked to 2 Card 1st shift officers only.

Where is all of my Missing Property at then?

I've attached the Commissary Sheets showing when I Purchased these Items &

**Signature Authority:** B. PARKER **Date:** MAR 05 2014

**Returned because:** **Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.** They say that

☐ 2. **Illegible/Incomprehensible.*** there is insufficient Evidence.

☐ 3. **Originals not submitted. *** who did They talk to

☐ 4. **Inappropriate/Excessive attachments.*** 2 Card 1st Shift?

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.*** What Nurses was talked to about me not being fed? Who was talked to about my missing Property? other than the accused 2 Card 1st Shift officers. and Rank & the Rank that knew what was going on. I never gave Nurses names about who was not feeding me. So how could They determine insufficient Evidence. When they have no names of the nurses that I plan to use? These People never do any wrong. But in this CMI Program in 12 Bldg. There are many Inmates Property Destroyed.

**CGO Staff Signature:**

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ____Screened ____Improperly Submitted

Comments: ______

Date Returned to Offender: ______

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2014073754

Date Received: JAN 07 2014

Date Due: 2-16-14

Grievance Code: 800

Investigator ID #: I-1591

Extension Date:

Date Retd to Offender: 2-7-14

Offender Name: Evans Julius TDCJ # 453368

Unit: BC Housing Assignment: 12 E-1D

Unit where incident occurred: BC

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? SERGANT PERRY 2 Card First Shift When? 12-26-13

What was their response? All Proberty would be Destroyed & when I Mess with one, All are against ME.

What action was taken? left in 12 E-49 Naked, not FED, no Blanket sheets Given to me OR ANYthing.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

12-26-13 after a Confrontation with officer T. HALL of 2 Card First SHiFt, at Cell 12 C-26. SERGANT PERRY ARRIVED with A 5 Man Extract team with officer Heathing As the Point Man. I was Stripped out & told to Put my Arms out of the slot. Officer Heathing Emmediately started Pulling my left Arm against the Corner of the slot. Making Imprints bellow my left Elbow. I Asked Him what was he doing? I was Moved to 12-E-49. Boxes taken & a Mattress Placed in Front of my cell. By officer Flemming whom was assigned to E Pod. So that I could not get anything. And Sg Perry told me that he hoped that I did not have a lots of Property. Because it was all going to be Destroyed or given away, to the 2 Card First SHift SSI's and inmates on C Pod. I was left in 12 E-49 NAKED, not FED, nor was I brought a Inventory Sheet for my Property. That was left in 12 C-26. (Note) I was later told that inmates saw my Typewriter & Radio, Busted up. I also found out that Female Officer Sutter & officer Broshine, R. Devone went to 12-C-26 & took my Packed Property out & later almost 2 hrs. They put it back & said they were going to let officer T. Hall do it. I went to Crisis the Night of 12-26-13, 12-27-13 officer Lowe the Regular Crisis officer told me Early that morning. I was out of there, I would get nothing. They had DR Rosenbaugh told I Did not want to see him so they could keep me 12-27-28-29-13. and not Feed me Even Chow Either officer Green officer Moore, officer Harper, officer Rosario, and I was threatened several times in Crisis. Also officer C. Burke, officer Rosario, Sgt. Klein

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

C for the Courts, I have numerous step 1 Grievances. With almost the same exact Answer (Insufficient Evidence to Support allegations.) Will Present them Also)

**Appendix F**

Officer Heathington [illegible] make threats to me. (I could have died) Because taking my medication without being fed could infect my kidneys & could have killed me.) Some of the nurses know I was not being fed, would give me a sandwich with my meds. I had filed I-60's to Warden Martin, J. Burch & UCC & TDCJ-ID Exec Director About officer T. Hall, female officer S. Swager, LT Judd, Sergant Anderson, Sergant Perry & How T. Hall had lied on me & did not feed me Lunch-Supper 12-11-13. & Sg Anderson got LT Judd to put him on the pod 12-12-13-2013. & He & S. Swager tookfood me for food supper 12-12-13 - Lunch 12-13-13 inmates say (officer Heathington) [illegible] SSI's inmates property from his office 2014

Action Requested to resolve your Complaint. That this be investigated, officers never in 12 older here. The inmate is never right (Copies are made) loose Grievances here

Offender Signature: [signature] Date: 1-6-14 JAN 07 2014

Grievance Response: Warden David Always Covers up dirt. I was told by a officer that he & Major Hardgree knew I was not being fed & my property was being destroyed. What documentation was sent to TDCJ and who at TDCJ?!

Your complaint has been investigated and reviewed. You threw feces on staff and a five man cell extraction team was utilized. Officer Heathington denies your allegations of pulling your arm. Sgt. Perry denies your allegations of telling you your property would be destroyed. Unit investigation did not reveal sufficient evidence to substantiate your claims. In addition, this grievance and investigative documentation were forwarded to the Office of Inspector General, who after review advised there was insufficient evidence to open an OIG case. No further action is warranted.

(What unit investigation?)

**G. S. David, Assistant Warden**

Signature Authority: G. David/AW Date: 2/7/14

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when the corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #__________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** __________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**__________

**OFFICE USE ONLY**

Initial Submission UGI Initials:______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

**2nd Submission** **UGI Initials:**______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

**3rd Submission** **UGI Initials:**______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

Location...: 0374 - 01
Salesperson: BP00006

Commissary & Trust Fund
CLEMENTS UNIT - PSYCH
Commissary Purchase Receipt

Date: 4/16/14
Time: 10:23:48
Page: 1

Purchaser: EVANS, JULIUS CURTIS
ID Number: 00453368

Housing: 12-E-E ROW-2 CELL58
Beginning Account Balance: $67.20
Begin Spend Limit: $67.20

2nd Radio, I've bought Here

| Item Number | Item Description | Unit Price | Quantity | Ext. Amt | Class | Spend Limit |
|---|---|---|---|---|---|---|
| 00798 | RADIO-CLOCK CLEARTECH | 20.00 | 1 | 20.00 | SERL | $47.20 |
| 01193 | PEPPERMINT STICK | .11 | 15 | 1.65 | REGU | $45.55 |
| 00191 | RAMEN CHILI NOODLES 3 OZ | .25 | 8 | 2.00 | REGU | $43.55 |
| 00079 | 100% COLOMBIAN COFFEE 4 OZ | 2.60 | 2 | 5.20 | REGU | $38.35 |
| 00092 | JALAPENO PEPPER CHIPS # 1851 | 1.50 | 3 | 4.50 | REGU | $33.85 |
| 09308 | PORK SKINS 1.75 OZ | .55 | 2 | 1.10 | REGU | $32.75 |
| 00704 | COCOA BUTTER LOTION 8 OZ | .90 | 1 | .90 | REGU | $31.85 |
| 09305 | CORN CHIPS 16 OZ | 1.60 | 1 | 1.60 | REGU | $30.25 |
| 01127 | BUTTERSCOTCH CANDY | .85 | 1 | .85 | REGU | $29.40 |
| 04107 | CHOCOLATE CHIP COOKIES | 1.05 | 1 | 1.05 | REGU | $28.35 |
| 00193 | RAMEN PICANTE BEEF NOODLES | .25 | 2 | .50 | REGU | $27.85 |
| 00084 | PLANTATION/B.BEST COFFEE 4 OZ | 1.05 | 3 | 3.15 | REGU | $24.70 |
| 00197 | RAMEN CHICKEN NOODLES 3 OZ | .25 | 8 | 2.00 | REGU | $22.70 |

Location...: 0422 - 02
Salesperson: BAY6093

Commissary & Trust Fund
HUGHES UNIT 'B'
Commissary Purchase Receipt

Date: 5/24/10
Time: 10:32:40
Page: 1

Purchaser: EVANS,JULIUS CURTIS
ID Number: 00453368

Beginning Account Balance: $1,423.72

Housing: 12-E-B ROW-1 CELL18
Begin Spend Limit: $70.00

| Item Number | Item Description | Unit Price | Quantity | Ext.Amt | Class | Spend Limit |
|---|---|---|---|---|---|---|
| 03075 | WATCH-CASIO | 19.50 | 1 | 19.50 | PROP | $[illegible] |
| 06128 | SHOE-SZ.10 RIDDELL | 35.00 | 1 | 35.00 | PROP | |
| 01026 | FAN 9" ELECTRIC | 22.00 | 1 | 22.00 | EMER | |
| 00079 | COFFEE-100% COLUMBIAN RESERVE | 2.70 | 4 | 10.80 | REGU | $39.70 |
| 01195 | CANDY-RAINBOW STICK FRUIT | .09 | 25 | 2.25 | REGU | $37.45 |
| 00191 | NOODLES-CHILI | .25 | 15 | 3.75 | REGU | $33.70 |
| 00025 | GRAPE SODA | .30 | 4 | 1.20 | REGU | $32.50 |
| 00081 | CHIP-BBQ-OLDE YORKE | 1.55 | 2 | 3.10 | REGU | $29.40 |
| 00671 | PETROLEUM JELLY 4 OZ | .75 | 1 | .75 | REGU | $28.65 |
| 00094 | SOAP-DIAL | .16 | 5 | .80 | HYGN | $27.85 |
| 09351 | HOT FRIES | .25 | 4 | 1.00 | REGU | $26.85 |
| 00092 | CHIP-JALAPENO PEPPER OLDE YORK | 1.55 | 2 | 3.10 | REGU | $23.75 |
| 01202 | SNACK-TRAIL MIX | .40 | 1 | .40 | REGU | $23.[illegible] |

Location...: 0422 - 08 | Commissary & Trust Fund | Date: 9/09/10
Salesperson: BL00022 | HUGHES UNIT 'B' | Time: 9:48:05
Commissary Purchase Receipt | Page: 1

Purchaser: EVANS,JULIUS CURTIS | Housing: 12-D-B ROW-1 CELL17
ID Number: 00453368 | Beginning Account Balance: $1,176.28 | Begin Spend Limit: $70.00

| Item Number | Item Description | Unit Price | Quantity | Ext.Amt | Class | Spend Limit |
|---|---|---|---|---|---|---|
| 00803 | TYPEWRITER-SWINTEC | 225.00 | 1 | 225.00 | SERL | |
| 40016 | ~~GOLD RIM PINTS~~ | 1.75 | 1 | 1.75 | REGU | $68.25 |
| 00861 | HEADPHONE 6' | 5.50 | 1 | 5.50 | REGU | $62.75 |
| 0007? | COFFEE-100% COLUMBIAN RESERVE | 2.75 | 2 | 5.50 | REGU | $57.25 |
| 00196 | NOODLES-TEXAS BEEF | .25 | 16 | 4.00 | REGU | $53.25 |
| 01193 | CANDY-PEPPERMINT STICK | .09 | 35 | 3.15 | REGU | $50.10 |
| 00081 | CHIP-BBQ-OLDE YORKE | 1.60 | 3 | 4.80 | REGU | $45.30 |
| 00273 | SANDWICH SPREAD | 1.55 | 1 | 1.55 | REGU | $43.75 |
| 09720 | TORTILLA-FLOUR | .70 | 1 | .70 | REGU | $43.05 |
| 00378 | PEPPER-WHOLE JALAPENO | .24 | 4 | .96 | REGU | $42.09 |
| 00025 | GRAPE SODA | .30 | 20 | 6.00 | REGU | $36.09 |
| 00094 | SOAP-DIAL | .16 | 10 | 1.60 | HYGN | $34.49 |
| 70003 | MRS. BAIRDS PASTRIES | .65 | 6 | 3.90 | REGU | $30.59 |

THE STATE OF TEXAS TDCJ-ID

9,672 MEDICAL CO-PAY OWED: .00

FEDERAL COURT FEE OWED: .00

TEXAS COURT FEE/CHARGE OWED: .00

LOCATION: 12-E-D ROW-4 52 UNIT: BC

NAME: EVANS,JULIUS CURTIS

DATE: 12/30/11 ACCOUNT NUMBER: 00453368

INDIGENT SUP. OWED: .00 OTHER HOLD AMOUNT .00 BEGINNING BALANCE: 849.30

| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|
| 12/11 | | | | |
| 01 | CM | 124.43 | | 724.87 |
| 13 | CM | 20.35 | | 704.52 |
| 28 | CM | 65.73 | | 638.79 |

Radio 2000
New Balance - Tennis 4900
Comm 5543
124.43

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

Julius Curtis Evans #453368
BC - Unit
9601 Spur 591
Amarillo, Texas
79107-9606




RECEIVED
MAY - 9 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United District Court
Northern District of Texas
205 E. 5th Street
Rm 133
Amarillo, Texas
79107-1558